August 13, 1982.

450 A.2d 191

Charter Nat'l Ins. Co. v. Wozman, etc., et al.

Appeal of Joseph Rosenberger, Sr., Jeri Wilkins and Susan Yoder.

Argued November 13, 1980. William S. Schweers, Jr., for appellants; W. A. Peitragallo, for appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Affirmed.